IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                        Cause No. 1:17-cr-3246-MV

CHANTE BICKHAM,

        Defendant.

## STIPULATED ORDER MODIFYING CONDITIONS OF RELEASE

THIS MATTER, having come before the Court on a Stipulation by the Parties, and having considered the request, hereby ORDERS as follows:

1. Defendant Bickham may reside at her new residence previously approved by Officer Daniel Stewart.

2. Ms. Bickham may reside with her 8 year old son, Azai D. Bickham. Ms. Bickham may also reside with her daughter, who will be born later this month.

3. Pre-Trial services Officer Daniel Stewart and AUSA Letitia Carroll Simms stipulate to these changes in Ms. Bickham's conditions of release.

4. All other previously imposed conditions remain in place.

_____
Honorable Martha Vázquez
United States District Judge

1